Nanette Gude Bayne, Appellant, v. Jasper Bayne, Respondent.— In an action for an absolute divorce, order denying the application of the plaintiff-wife

for additional counsel fees and disbursements affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.